IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02154-WJM-MEH

MARIE T. GIANNANGELI,

      Plaintiff,

v.

TARGET NATIONAL BANK, N.A.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 31, 2011.**

      The Stipulated Motion to Reschedule Status Conference [filed October 29, 2011; docket #12] is **granted in part and denied in part**. Through their motion, the parties essentially seek an indefinite stay of the proceedings in this matter, but they have not provided the Court sufficient cause with which to impose such stay. *See Chavez v. Young Am. Ins. Co.*, No. 06-2419, 2007 WL 683973, *2 (D. Colo. Mar. 2, 2007) (a stay of all discovery is generally disfavored in this District); *see also String Cheese Incident, LLC v. Stylus Shows, Inc.,* 2006 WL 894955 *3 (D. Colo. March 30, 2006) (unpublished) (a determination whether to stay proceedings generally requires consideration of a number of factors). Therefore, the Court will not simply vacate the Scheduling Conference and hold this matter in abeyance indefinitely.

      However, to facilitate the parties' efforts to prepare and file a proposed Scheduling Order consistent with this Court's rules, the Court will **vacate** the Scheduling Conference scheduled for November 3, 2011 and **reschedule** the conference to **December 2, 2011 at 9:45 a.m.** All other aspects of this Court's August 24, 2011 order remain in effect.